UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* KAREN ATESOGLU, and KAREN ATESOGLU, individually,<br><br>Plaintiffs,<br><br>v.<br><br>RAYTHEON TECHNOLOGIES CORPORATION,<br><br>Defendant. | 21-CV-10690-PBS<br><br>**FILED UNDER SEAL** |

**UNITED STATES' NOTICE OF ELECTION
TO PARTIALLY INTERVENE FOR PURPOSE OF SETTLEMENT
AS TO RAYTHEON TECHNOLOGIES CORPORATION**

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(2) and (4), the United States notifies the Court of its decision to partially intervene in this action solely for the purposes of settlement with the defendant Raytheon Technologies Corporation ("Raytheon"). In particular, the United States intervenes only as to the allegations in the Relator's Complaint relating to Contracts 10-14 in Appendix A attached hereto.

The United States, Raytheon, and the Relator executed a settlement agreement effective October 16, 2024 ("Settlement Agreement"), which resolves this False Claims Act action as to Raytheon. Pursuant to the Settlement Agreement, the United States and the Relator will file promptly a Joint Stipulation of Dismissal of this case pursuant to Rule 41(a)(1) once Raytheon has made the settlement payment to the United States as required by the Settlement Agreement.

In accordance with the Court's Order on October 9, 2024 [Dkt. No. 55] ("Order"), upon filing of this Notice of Election to Partially Intervene, the case is unsealed, and the government

requests, consistent with the Court's Order, that only this Notice, the Relator's Complaint, and all future filings shall be made available on the public docket.

          Respectfully submitted,

          BRIAN M. BOYNTON
          Principal Deputy Assistant Attorney General
          Civil Division

          JOSHUA S. LEVY
          Acting United States Attorney

          */s/Brian M. LaMacchia*
          Brian M. LaMacchia (BBO #664369)
          Assistant United States Attorney
          John J. Moakley U.S. Courthouse, Suite 9200
          1 Courthouse Way
          Boston, MA 02210
          Phone: (617) 748-3100
          brian.lamacchia@usdoj.gov

          JAMIE ANN YAVELBERG
          ROBERT McAULIFFE
          ART COULTER
          PATRICK KLEIN
          JARED S. WIESNER
          Attorneys, Civil Division
          United States Department of Justice
          P.O. Box 261 - Ben Franklin Station

Dated: October 16, 2024          Washington, D.C. 20044

## CERTIFICATE OF SERVICE

I certify that the foregoing document was served on the relator's counsel, by electronic mail at the address below (with the relator's assent to electronic service), on the below date:

Patrick S. Almonrode
Jason T. Brown
111 Town Place Square, Suite 400
Jersey City, NJ 07310
(877) 561-0000 (office)
(855) 582-5297 (fax)
patalmonrode@jtblawgroup.com
jtb@jtblawgroup.com

Dated: October 16, 2024                  /s/Brian M. LaMacchia
                                         Assistant United States Attorney