## Appendix A

| Reference No. | CONTRACT NUMBER |
|---|---|
| 1. | xxxxxx-xx-x-0002 |
| 2. | xxxxxx-xx-x--0069 |
| 3. | xxxxxx-xx-x--0089 |
| 4. | xxxxxx-xx-x--0288 |
| 5. | xxxxxx-xx-x--0151 |
| 6. | xxxxxx-xx-x--0151 |
| 7a | xxxxxx-xx-x--0020 |
| 7b | xxxxxx-xx-x--0017 |
| 7c | xxxxxx-xx-x--0004 |
| 7d | xxxxxx-xx-x--0024 |
| 7e | xxxxxx-xx-x--0005 |
| 7f | xxxxxx-xx-x--0028 |
| 7g | xxxxxx-xx-x--0030 |
| 7h | xxxxxx-xx-x--0033 |
| 8. | xxxxxx-xx-x--0002 |
| 9. | xxxxxx-xx-x--0001 |
| 10. | xxxxxx-xx-x--0001 |
| 11. | xxxxxx-xx-x--0055 |
| 12. | xxxxxx-xx-x--0052 |
| 13a | xxxxxx-xx-x--0055 |
| 13b | xxxxxx-xx-x--0055 |
| 14. | xxxxxx-xx-x--0153 |
| 15. | xxxxxx-xx-x--0017 |
| 16. | xxxxxx-xx-x--0002 |
| 17. | xxxxxx-xx-x--0093 |
| 18. | xxxxxx-xx-x--0002 |